Raffi Kassabian (SBN 260358)
Email:  rkassabian@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:  +1 213 457 8000
Facsimile:   +1 213 457 8080

Attorneys for Defendant
Synchrony Bank

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAMI VARDI,<br><br>              Plaintiff,<br><br>     vs.<br><br>SYNCHRONY BANK,<br><br>              Defendant. | Case No.: 2:17-cv-5601<br><br>[Removal from the Superior Court of the State of California for the County of Los Angeles, Case No. 17VESC05863]<br><br>**DEFENDANT'S NOTICE OF REMOVAL**<br><br>Complaint filed:  June 19, 2017 |

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Synchrony Bank ("Defendant") hereby notices removal of the state court civil action known as *Rami Vardi v. Synchrony Bank,* Case No. 17VESC05863, from the Superior Court of the State of California for the County of Los Angeles to the United States District Court for the Central District of California, and in support thereof states as follows.

1. On or about June 19, 2017, Plaintiff Rami Vardi ("Plaintiff") filed a Complaint against Defendant in the Superior Court of the State of California for the County of Los Angeles (the "State Court"). In compliance with 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders served upon Defendants is attached hereto as **Exhibit 1**.

2. The Complaint raised a claim for violations of the Fair Credit Reporting Act 15 U.S.C. § 1681, *et seq*. (the "FCRA").

3. As set forth more fully below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because Defendant has satisfied the procedural requirements for removal, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331.

## GROUNDS FOR REMOVAL

**I.    Defendant Has Satisfied the Procedural Requirements for Removal.**

4. On July 20, 2017, Plaintiff served a copy of the Complaint on Defendant. Therefore, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b)(3) because Defendant is filing its Notice of Removal within 30 days of its receipt of the initial pleading setting forth the claim for relief upon which such action is based.

5. This Court is the proper division because it embraces the Superior Court of the State of California for the County of Los Angeles, where Plaintiff's action is pending. *See* 28 U.S.C. §§ 1441 and 1446(a).

6. No previous request has been made for the relief requested herein.

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on Plaintiff, and a copy is being filed with the State Court Clerk.

**II.     Removal Is Proper Because This Court Has Subject Matter Jurisdiction.**

8. Under 28 U.S.C. § 1331, United States District Courts are vested with jurisdiction to consider cases or controversies "arising under" the laws of the United States of America.  *See* 28 U.S.C. § 1331.

9. Removal of such cases is governed by 28 U.S.C. § 1441(b).  Section 1441(b) makes clear that a case brought in state court, raising a federal question, "*shall* be removable" to the United States District Courts "without regard to the citizenship or residence of the parties." 28 U.S.C. § 1441(b) (emphasis added).

10. Here, Plaintiff's Complaint purports to assert a claim against Defendant for alleged violations of a federal statute, the FCRA.  *See* Complaint.  The FCRA claim "arises under" the laws of the United States.  *See* 28 U.S.C. § 1331.  Therefore, this Court may properly exercise jurisdiction over this claim.

11. To the extent that any other claims in this action may arise under state law, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. § 1367.

12. Given that the requirements for federal question jurisdiction are satisfied, this case is properly removed.

WHEREFORE, Defendant, by counsel, respectfully requests that the above-referenced action, originally filed in the Superior Court of the State of California for the County of Los Angeles, be removed to this Court pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

DATED:  July 28, 2017

REED SMITH LLP

By: */s/ Raffi Kassabian*
Raffi Kassabian
Attorneys for Defendant
Synchrony Bank